UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
HOWARD REDMOND, et al.,

JUDGMENT
05-CV-2606 (CBA)

Plaintiffs,

-against-

ROUTE MESSENGER SERVICE, INC.,

Defendant.
----------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 3 0 2005 ★
TIME A.M. _____ P.M. _____

An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on December 27, 2005, granting plaintiffs' motion for summary judgment as modified; and ordering that plaintiffs shall have judgment against defendant in the following amounts:

1. $365,697.46, representing delinquent contributions owed to the Local Welfare Trust Fund ("Welfare Fund");
2. $164,803.99, representing delinquent contributions owed to the Local 804 Pension Fund ("Pension Fund");
3. $73,139.49, representing liquidated damages owed to the Welfare Fund;
4. $32,960.80, representing liquidated damages owed to the Pension Fund;
5. $8,202.35, representing interest owed to the Welfare Fund;
6. $3,801.32, representing interest owed to the Pension Fund;
7. $125.00, representing the Welfare Fund's costs; and
8. $125.00, representing the Pension Fund's costs; it is

JUDGMENT
05-CV- 2606 (CBA)

ORDERED and ADJUDGED that plaintiffs' motion for summary judgment is granted as modified; and that plaintiffs have judgment against defendant in the following amounts:

1. $365,697.46, representing delinquent contributions owed to the Local Welfare Trust Fund ("Welfare Fund");
2. $164,803.99, representing delinquent contributions owed to the Local 804 Pension Fund ("Pension Fund");
3. $73,139.49, representing liquidated damages owed to the Welfare Fund;
4. $32,960.80, representing liquidated damages owed to the Pension Fund;
5. $8,202.35, representing interest owed to the Welfare Fund;
6. $3,801.32, representing interest owned to the Pension Fund;
7. $125.00, representing the Welfare Fund's costs; and
8. $125.00, representing the Pension Fund's costs.

Dated: Brooklyn, New York
December 28, 2005

/s/
ROBERT C. HEINEMANN
Clerk of Court